IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TAMARA TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 1:25-00213-JB-MU |
| | ) | |
| NURSE CONRAD, *et al.,* | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

On May 28, 2025 the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 3.) Upon an independent review of the record, it is **ORDERED** that the Recommendation is **ADOPTED** and that this action is **TRANSFERRED** to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. §§ 1404 and 1406(a) for improper venue.

The Clerk of the Court is **DIRECTED** to take the necessary steps to effectuate the transfer of this action.

**DONE and ORDERED** this 23rd day of June, 2025.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE