FILED

2026 Jul-13  AM 11:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| TAMARA TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  7:25-cv-01011-ACA-SGC |
| | ) | |
| NURSE CONRAD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report recommending the court dismiss this action pursuant to Federal Rule of Civil Procedure 41(b) because Plaintiff Tamara Turner failed to comply with a court order to amend the complaint. (Doc. 10). Although the magistrate judge advised Ms. Turner of her right to object and the consequences of failing to do so (*id.* at 2), the court has not received any objections.

Ms. Turner's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. The court therefore **ADOPTS** the magistrate judge's report and **ACCEPTS** her recommendation. The court **WILL DISMISS** this action **WITHOUT PREJUDICE** for Ms. Turner's failure to comply with a court order.

The court will enter a separate final order.

**DONE** and **ORDERED** this July 13, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE